[No. 25761-7-I.   Division One.   May 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL HENRY LARKIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 89-1-05510-1, R. Joseph Wesley, J., entered March 8, 1990. *Affirmed* and *remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy and Agid, JJ. Now published at 70 Wn. App. 349.

[No. 23526-5-I.   Division One.   May 3, 1993.]

KEITH MILTON RHINEHART, ET AL, *Appellants*, v. THE SEATTLE TIMES, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 80-2-02460-4, James J. Dore, J., entered September 10, 1990. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Pekelis, A.C.J., and Baker, J.

[No. 30288-4-I.   Division One.   May 3, 1993.]

JOHN MILES, *Appellant*, v. PUBLIC UTILITY DISTRICT NO. 1 OF SNOHOMISH COUNTY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-04011-7, James H. Allendoerfer, J., entered February 14, 1992. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Kennedy, J.